### 45078. STRAYHORN et al. v. FORSYTH COUNTY DEPARTMENT OF FAMILY & CHILDREN SERVICES.

DEEN, Judge. The juvenile court judge, after hearing evidence on a petition brought by a state agency against the parents of four minor children, made a finding that the children were neglected, ordered that temporary custody be awarded to the agency, that three of the children remain in the parental home under agency supervision and the fourth be placed with the agency until further order of court during which time the agency was to obtain a psychological and medical evaluation of the minor. Permanent custody is not involved. The case is therefore still pending for further decision in the juvenile court and, absent a certificate of immediate review (*Code Ann.* § 6-701), the appeal is premature. Cf. *Hammock v. Hammock,* 225 Ga. 698 (171 SE2d 314).

   *Appeal dismissed. Hall, P. J., and Evans, J., concur.*

SUBMITTED FEBRUARY 4, 1970—DECIDED MARCH 5, 1970—
REHEARING DENIED MARCH 19, 1970.

*Telford, Wayne & Stewart, Charles W. Stephens,* for appellants.

*C. B. Holcomb, District Attorney,* for appellee.